04-CV-01964-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH T. EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>KING COUNTY CORRECTIONAL FACILITY,<br><br>    Defendant. | CASE NO. C04-1964TSZ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's complaint and this action are DISMISSED without prejudice.

(3) The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)(2)(B)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**.

ORDER OF DISMISSAL
PAGE - 1

1  (4)  The Clerk is further directed to send copies of this Order to plaintiff and to the

2  Honorable Monica J. Benton.

3  DATED this 26 day of August, 2005.

4

5

   _____
   THOMAS S. ZILLY
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

   ORDER OF DISMISSAL
26 PAGE - 2